IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
STATESVILLE DIVISION
DOCKET NO. 5:13CR9-1-RLV

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>vs. )<br>)<br>)<br>WILLIAM NEIL THOMPSON )<br>)<br>Defendant. )<br>_____ ) | SCHEDULING ORDER |

**THIS MATTER** is before the Court on an Order of Remand, filed July 27, 2015, from the Fourth Circuit Court of Appeal for re-sentencing.[1]

**IT IS, THEREFORE, ORDERED** that:

The Bureau of Prisons (BOP) and the United States Marshals Service is hereby ORDERED to transport and produce the body of WILLIAM NEIL THOMPSON (USM#: 28060-058), for re-sentencing on January 11, 2016, before the Honorable Richard L. Voorhees, in the Western District of North Carolina, Statesville Courthouse, 200 West Broad Street, 2nd Floor Courtroom, Statesville, North Carolina, not later than December 21, 2015, and upon completion of the re-sentencing hearing, Defendant is to be returned to the custody of the BOP. The Clerk is directed to certify copies of this Order to the United States Attorney, Defendant's Counsel, the United States Marshal Service, and the United States Probation Office.

---

[1] The Fourth Circuit, vacated the judgment of the district court, and remands this matter for resentencing in light of United States v. Newbold, No. 10-6929 (4th Cir. June 30, 2015). The Mandate was entered on August 19, 2015.

Signed: November 5, 2015

Richard L. Voorhees
United States District Judge