## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
## STATESVILLE DIVISION
## CIVIL ACTION NO. 5:13-CR-00009-RLV-DCK

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | **NOTICE OF POSSIBLE** |
| | ) | **UPWARD DEPARTURE** |
| | ) | |
| **WILLIAM NEIL THOMPSON,** | ) | |
| | ) | |
| **Defendant.** | ) | |
| | ) | |

       **THIS MATTER IS BEFORE THE COURT** pursuant to Rule 32 of the Federal Rules of Criminal Procedure. Rule 32(h) requires that,

> [b]efore the court may depart from the applicable sentencing range on a ground not identified for departure either in the presentence report or in a party's prehearing submission, the court must give the parties reasonable notice that it is contemplating such a departure. The notice must specify any ground on which the court is contemplating a departure.

*See* Fed. R. Crim. Pro. 32(h). The Court **HEREBY NOTIFIES** the parties that it is contemplating an upward departure in this matter on the ground of "inadequacy of criminal history category."

*See* United States Sentencing Commission, Guidelines Manual, §4A1.3(a)(4)(B) (Nov. 2015).

Signed: December 21, 2015

Richard L. Voorhees
United States District Judge